# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

In the Matter of the Search of  
*(Briefly describe the property to be searched or identify the person by name and address)*  
**USB flash drive device, currently in the possession of the Seattle FBI**

Case No. MJ18-520

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated herein by reference.

located in the _____Western_____ District of _____Washington_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated herein by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:  
☑ evidence of a crime;  
☑ contraband, fruits of crime, or other items illegally possessed;  
☑ property designed for use, intended for use, or used in committing a crime;  
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 115(a)(1)(B) and (b)(4) | Threat to Federal Employee |

The application is based on these facts:

Affidavit of FBI Special Agent Shawna McCann

☑ Continued on the attached sheet.  
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____  
*Applicant's signature*  
Shawna McCann, FBI Special Agent  
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7 Nov 2018

_____  
*Judge's signature*  
James P. Donohue, Magistrate Judge  
*Printed name and title*

City and state: Seattle, WA

USAO# 2018R01183

# AFFIDAVIT OF SHAWNA MCCANN

STATE OF WASHINGTON   )
                      )  ss
COUNTY OF KING        )

I, Shawna McCann, having been duly sworn, state as follows:

## AFFIANT BACKGROUND

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed since September 2017. I am currently assigned to the violent crime/organized crime squad in the Seattle, Washington office. As an FBI Special Agent, I have investigated a variety of violent crimes including cases involving threats of violence.

2. I make this affidavit in support of an application for a search warrant to search a flash drive belonging to Antonio Smith, as further described in Attachment A, which is incorporated herein by reference. I seek authorization to seize the items that are described in Attachment B, which is incorporated herein by reference.

3. The facts set forth in this Affidavit are based on my own personal knowledge; information obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of cooperating witnesses; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

4. Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact that I, or others, have learned during the course of this investigation.

5. As set forth below, Smith was arrested for threatening his Probation Officer, in violation of Title 18, United States Code, Section 18 U.S.C. § 115(a)(1)(B) and (b)(4). Specifically, Smith told his case manager at the Federal Detention Center at SeaTac ("FDC-SeaTac") that he would kill his Probation Officer. The crime with which

AFFIDAVIT OF SHAWNA MCCANN - 1
USAO# 2018R001183

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Smith is charged requires proof of a "true threat," that is a subjective intent to threaten. In the leadup to Smith's statements, he had been searching the internet about guns and explosives, in violation of the terms of his supervision and halfway house rules. These searches are evidence of Smith's subjective intent, making it more likely that he intended to threaten his Probation Officer, rather than making the statement, for example, as a joke.

## SUMMARY OF INVESTIGATION

### A. The Felon in Possession of Ammunition Case

6. On December 22, 2017, employees of Wade's Eastside Guns, a retail gun store and Federal Firearms Licensee (FFL) in Bellevue, Washington, contacted ATF about a suspicious interaction with a customer that took place on December 21, 2017. An employee at the store reported that a man had asked to purchase a part for a Glock pistol commonly called a "Glock switch" or "auto sear." The man said that it was a part that would replace the back plate on the Glock and allow for automatic fire. The employee told the man that what he was asking for was illegal and would result in a prison sentence.

7. After asking about the Glock switch, the man asked about purchasing an adapter to mount a silencer to a CZ Evo Scorpion, which likely refers to a 9x19mm pistol or carbine manufactured by Ceska Zbrojovka. The man told the store employees that he had an "Otoscope" silencer and needed to mount it to the barrel of the firearm. At the time, the employees did not understand what the suspect meant by "otoscope" and attempted to find the adapter the suspect wanted but were unable to do so. (An otoscope is a tool used by physicians to examine a patient's eyes, ears, nose etc. They are typically made out of a metal cylindrical handle with threaded ends to attach the viewing portion of the tool. They also typically come with funnel shaped attachments.)

8. When the clerks could not find the part the man wanted, he purchased one box of Fiocchi 9x19mm ammunition. During the purchase, the man asked the clerks if they had ever "boiled ammunition in neoprene oil." They were confused by this

AFFIDAVIT OF SHAWNA MCCANN - 2
USAO# 2018R001183

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

comment and were not aware of any such practice. The man then left the store. An employee handled the sale and indicated that the suspect paid with a credit card.

9. At approximately 2:30 p.m. the same man returned to the store wearing a different outfit. He approached an employee, opened a black case, and showed the employee an otoscope with a silver colored cylindrical handle. Also in the case was a roll of cash. The man told the employee that this was the device he wanted to mount to his firearm. The employee asked the man if he had a tax stamp for the device (as would be required under federal law if it was modified into a silencer.) The man said he did not. At that point, the employee told the suspect that what he was asking for was illegal and ordered him to leave the store. The man left, but as he was leaving yelled at the employee something to the effect of, "do you even know how to operate machinery."

10. The man who was in the store purchased the ammunition using a Visa debit card in the name of "Antonio P. Smith." The signature on the receipt read, "Antonio Smith." The man in the store matched the Department of Licensing photograph for Antonio Smith. Smith has a 2003 juvenile felony conviction for burglary in the second degree, and therefore could not lawfully possess any ammunition.

11. On December 27, 2017, ATF agents executed a search warrant at Smith's residence and a search warrant on his person. No firearms or ammunition were recovered from Smith's person. As for his residence, agents located a full box of 100 .22 caliber rounds of ammunition and a full box of 50 Fiocchi 9x19mm rounds of ammunition. The Fiocchi box matched the box that was purchased from Wade's Eastside Guns on December 21, 2017.

12. Agents also located in Smith's room numerous photos of firearms that appeared to have been cut out of magazines as well as notebooks containing handwritten information about silencers and firearms accessories. Additionally, agents located a DVD titled "Glock Disassembly and Reassembly."

13. On January 5, 2018, Smith was arrested. He ultimately pleaded guilty to being a felon in possession of ammunition. On May 11, 2018, the Court sentenced Smith

AFFIDAVIT OF SHAWNA MCCANN - 3
USAO# 2018R001183

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to time served and three years of supervised release. The terms of supervision include mental health treatment requirements, a reasonable search condition, and placement at a halfway house.

14. On May 21, 2018, Smith was released from custody to a Bellevue halfway house. On May 27, 2018, halfway house staff caught Smith looking up information on guns on his computer multiple times. On May 28, 2018, he was observed looking up vehicle armor. On that same day, he was observed creating posters of plastic explosives and other weapons on the computer. He had to be asked multiple times to shut off the computer, and had saved the material to his USB device. On the following day, he was observed looking up radio and phone jammers. On June 1, he was seen looking up lock-picking kits and laser cutters. Smith's Probation officer has advised me that Smith generally saved his research on the halfway house computers on a USB flash drive device.

15. On July 10, 2018, Smith was terminated from the halfway house. He was taken into custody, and on September 6, 2018, sentenced to time served and 24 months of supervised release for failing to satisfactorily reside in the residential reentry center.

**B.    Smith's Threat to Murder His Probation Officer**

16. Smith's release from custody was delayed until arrangements could be made at a residential reentry center. On September 12, 2018, Smith met with his FDC-SeaTac Case Manager Victoria Carnahan to review his release plan. According to Carnahan, she reviewed with Smith that he was going to report to a particular Probation Officer, D.S., for his three-year term of supervised release. Smith initially refused to sign paperwork regarding his release plan, and said:

> Smith: "I am going to have this guy [*i.e.*, D.S.] on me for three years?"
>
> Carnahan: "Yes. He will control your supervision and you will have to report to him when he requires it."
>
> Smith: "I'll kill him."

AFFIDAVIT OF SHAWNA MCCANN - 4
USAO# 2018R001183

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Smith then signed the paperwork, and while pointing to a reference to the three-year term, said:

> Smith: "How do I cut this guy off?"
>
> Carnahan: "Cut who off?"

Smith threw the pen down and walked away. Smith later claimed to officers that his threatening statements were misunderstood.[1]

### C.  Smith's Return to a Halfway House

17. After the incident described above, Smith was placed at a Seattle halfway house on or about September 17, 2018. According to the staff at the facility, Smith continued to look up items relating to firearms, silencers, knives, and other weapons systems. A staff member said Smith saved materials related to these searches on a USB flash drive, which the staff member described as being black in color.

18. Smith was arrested by complaint on September 29, 2018 for the threat to his Probation Officer.

### D.  The Flash Drive To Be Searched

19. On November 5, 2018, I contacted Smith's aunt, Laura Dodd, and was advised that Dodd was storing Smith's personal belongings while Smith was at FDC-SeaTac. Dodd dropped Smith's belongings off at the Seattle halfway house around September 17, 2018 when Smith was released from FDC-SeaTac to the Seattle halfway house. Dodd stated she had not yet collected Smith's personal belongings from the Seattle halfway house since Smith's arrest on September 29, 2018.[2] Dodd did not recall

---

[1] After the statement, Carnahan said to U.S. Probation: "I do not know if his threat holds anything to it or if he just does not care but we felt it was best to notify you." A probation officer responded, "This could be just part of what Antonio does, as you well know, but of course we want to ensure we take precautions."

[2] On November 5, 2018, the Seattle halfway house staff advised me that they still have Smith's personal belongings from Smith's time at the halfway house prior to his arrest on September 29, 2018. On November 6, 2018, the Seattle halfway house staff advised me that they were unable to find Smith's USB drive among Smith's personal property stored at the facility.

AFFIDAVIT OF SHAWNA MCCANN - 5
USAO# 2018R001183

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

seeing a USB flash drive among Smith's personal belongings. Dodd said she would check with her husband, Bill Dodd.

20. Later on November 5, 2018, Bill Dodd contacted me and advised that he and Laura Dodd recently had received a box in the mail from FDC-SeaTac containing the personal belongings that Smith had on his person when Smith was arrested at the Seattle halfway house and booked into FDC-SeaTac on September 29, 2018, including Smith's wallet and clothing. Bill Dodd informed me this box contained Smith's USB flash drive, which was black and red in color. Bill Dodd said he believed the USB flash drive was Smith's.[3]

21. Probation Officer Spencer confirmed that Smith's USB flash drive, used by Smith to save his research on firearms and other weapons systems, was black in color with a red ejector button for the USB port.

22. On November 6, 2018, I visited Bill and Laura Dodd's house in Fall City, WA and took possession of Smith's USB flash drive from Bill Dodd, which Mr. Dodd voluntarily provided to me. I took possession of the drive, but did not search or access it, to preserve its availability for this search warrant.

**E. Smith's Prior History of Mental Illness and Threats**

23. In March 2017, one of Smith's roommates called the police to say that Smith had said he was going to the store to buy a sharp knife to cut himself. The police confronted Smith, and took him to a mental health facility after he expressed concern that the wavelengths from the police radios were causing him harm.

24. In December 2016, the Bellevue Police Department involuntarily transported Smith to a mental healthcare facility. One of Smith's roommates had grown

---

[3] The FDC-SeaTac personal property inventory card contains Smith's signature authorizing and directing FDC-SeaTac personnel to mail his personal belongings that were collected during booking and intake on September 29, 2018 following Smith's arrest at the Seattle halfway house, to his aunt, Laura Dodd. The FDC-SeaTac personal property inventory card does not list any USB flash drive, but does not detail the items that were located in his wallet. Thus, it is possible that the USB flash drive was located there.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

concerned after Smith had spoken about visiting a corpse, as well as talking about skulls and the "body of a goat." Smith also spoke repeatedly about "government databases."

25. In January 2015, a person called to say that Smith's mental health had been deteriorating, that he had not been taking his medication, and that he had a fascination with firearms, which had been growing worse. Smith reportedly had made comments about looking to get a gun to shoot someone.

26. In July 2014, according to police reports, Smith went into a Radio Shack store and began talking about guns and bombs. Smith refused to leave when the management asked him to and used his hands to simulate a pistol. When contacted by police, they noticed he was carrying an empty binder with pictures of guns on it.

27. In 2009, Smith was arrested for domestic violence. Officers searched Smith's belongings and located a bb pistol with some type of silencer or simulated silencer attached to it. Smith also behaved erratically during his contact with officers.

28. Smith has been hospitalized for mental illness numerous times, including as recently as 2014.

29. Finally, a family member of Smith reported that Smith has had a long term obsession with firearms and has always wanted to own one.

AFFIDAVIT OF SHAWNA MCCANN - 7
USAO# 2018R001183

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

30. Based on the forgoing, I submit that there is probable cause to believe that the USB flash drive described in Attachment A contains evidence of the crime of threating a federal officer, and I seek authorization to seize the items described in Attachment B.

_____
SHAWNA McCANN, Affiant
Special Agent, FBI

SUBSCRIBED AND SWORN before me this  7th  day of November, 2018.

_____
JAMES P. DONOHUE
United States Magistrate Judge

AFFIDAVIT OF SHAWNA MCCANN - 8
USAO# 2018R001183

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT A
Item To Be Searched

The item to be searched is a USB flash drive device, currently in the possession of the Seattle FBI, and retrieved from the residence of Laura and Bill Dodd in Fall City, Washington.

Attachment A (USAO# 2018R001183)
Item To Be Searched
Page 1

**Attachment B**

**List of Items to be Searched for and Seized**

This warrant authorizes the government to search for the following items:

Evidence and/or fruits of the commission of the following crime: Threatening a Federal Employee, in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4), *i.e.*,

    a.    All photographs of firearms, weapons, weapons systems, and explosives

    b.    All articles or other materials describing firearms, weapons, weapons systems, and explosives

    c.    All materials referencing Probation Officer Darryl Spencer